In the matter of THOMAS POTTER, an attorney at law.

Argued November 15, 1948.

For the rule: *Mr. Lionel P. Kristeller.*
For the respondent: No appearance.

Name of respondent ordered stricken from the roll of attorneys, November 22, 1948.

In the matter of MEYER W. STEIN, an attorney at law.

Argued November 22, 1948.

For the rule: *Mr. William W. Evans.*
For the respondent: *Mr. Peter J. McGinnis.*

Name of respondent ordered stricken from the roll of attorneys, January 3, 1949.  Opinion reported at 1 N. J. 228.

In the matter of CHARLES TURNDORF, an attorney and counsellor at law.

Argued November 22, 1948,

For the rule: *Mr. William W. Evans.*
For the respondent: *Mr. Herbert J. Hannoch.*

Reprimand of respondent ordered, January 3, 1949.  Opinion reported at 1 N. J. 228.